IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CONNIE EASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVANS COUNTY BOARD OF )<br>COMMISSIONERS; IRENE BURNEY, )<br>Individually and in her Official Capacity as )<br>Commissioner of Evans County, GA.; JACK )<br>PINCKARD, Individually and in his Official )<br>CAPACITY as Commissioner of Evans County, )<br>GA.; NEIL HAMMOCK, Individually and in )<br>his Official Capacity as Commissioner of )<br>Evans County, GA.; SHEILA HOLLAND, )<br>Individually and in her Official Capacity as )<br>Commissioner of Evans County, GA., )<br>)<br>Defendants. ) | Civil Action No. CV613-041 |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

Plaintiff and Defendants having filed a Joint Motion to Stay Discovery and Pre-Trial Deadlines pending the Court's ruling on Defendants' Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) for Failure to State a Claim upon which Relief may be Granted, filed May 28, 2013, and good cause having been shown for the grant of the Joint Motion to Stay Discovery, the same is hereby granted.

Discovery is stayed pending further Order of this Court.

SO ORDERED this 27th day of August, 2013.

Magistrate JUDGE, U.S.D.C., SOUTHERN DISTRICT OF GEORGIA